UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

KEITH THOMAS HYSLOP
WENDY-LEE ANN RUSSELL-HYSLOP

CHAPTER 13 PROCEEDING
CASE NUMBER: 10-24383
HONORABLE DANIEL S. OPPERMAN

    **Debtor**                               /

## ORDER CONFIRMING PLAN

      The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

      **IT IS FURTHER ORDERED** that the claim of Bruce K. Havens, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees, and that the portion of such claim which has not already been paid, to wit $2,774.00 shall be paid by the trustee as an administrative expense of this case.

      All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute. Claims to be paid by the trustee are attached hereto and incorporated in this order by reference herein.

Approved as to Form & Content:

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
Email: ecf@mcdonald13.org

**Signed on January 20, 2011**

                                                **/s/ Daniel S. Opperman**
                                                **Daniel S. Opperman**
                                                **United States Bankruptcy Judge**